## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HILLTOP SUMMIT CONDOMINIUM ASSOCIATION, | : No. 147 MM 2014 |
| Respondent | : |
| v. | : |
| KENNY HOPE, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal <u>Nunc Pro Tunc</u> and the Application for Leave to File an Offer of Proof are **DENIED**.